Wilson v. CNH Investments, LLC et al — Doc. 10
Case 3:05-cv-00179-TSL-JCS   Document 122   Filed 04/06/2006   Page 1 of 1
Case 4:06-cv-00012-TSL-JMR   Document 10   Filed 04/07/2006   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOE H. BRYANT, JR.                                          PLAINTIFF

VS.                                                CAUSE NO. ~~3:05CV179TSL~~
                                                   4:06cv6      4:06cv12
                                                   4:06cv11     4:06cv13
MISSISSIPPI MILITARY DEPARTMENT, ET AL                      DEFENDANT

ORDER

IT IS HEREBY ORDERED that the order entered in this case on April 4, 2006 is vacated.

ORDERED this the 6th day of April, 2006.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com