IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

AARON KYLE WILSON                                         PLAINTIFF

VS.                          CIVIL ACTION NO. 4:06-CV-12TSL-JMR

CNH INVESTMENTS, LLC, et al                          DEFENDANTS

## AGREED ORDER OF DISMISSAL

THIS DAY this cause came on to be heard upon the motion of the Plaintiff, Aaron Kyle Wilson, and Plaintiff moves the Court for dismissal of this action with prejudice. Having heard and considered said motion, having been advised by the Plaintiff that he wishes for his Complaint to be dismissed with prejudice, hiving retained jurisdiction to consider all relief under the rules of this Court, and having been otherwise fully advised in the premises, the Court finds the motion to be well taken and the same is hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's Complaint against the Defendant, Joe H. Bryant, Jr., which is on file and of record in this cause, be and it is hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED this the 20th day of September, 2006.

                                               /s/ Tom S. Lee
                                               U. S. DISTRICT COURT JUDGE

AGREED TO AND APPROVED:

/s/ Paul A. Koerber
Paul A. Koerber, MSB # 4239
Post Office Box 12805
Jackson, Mississippi 39236-2805
Telephone : (601) 956-0072

/s/ Aaron Kyle Wilson
AARON KYLE WILSON, pro se